1042

[No. 62219-6-I. Division One. February 17, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN KEITH WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-07774-6, Andrea A. Darvas, J., entered August 18, 2008. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 62328-1-I. Division One. February 17, 2009.]

*In the Matter of the Personal Restraint of* GARY SAWYER, *Petitioner*.

[No. 62487-3-I. Division One. February 17, 2009.]

*In the Matter of the Personal Restraint of* TAFT LAWSON, *Petitioner*.

Petition for relief from personal restraint. Petition *granted*, sentence *vacated*, and case *remanded* for resentencing by unpublished per curiam opinion.

[No. 26794-6-III. Division Three. February 17, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MELODY MARY CRADDOCK, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 07-1-00638-1, John M. Antosz, J., entered January 14, 2008. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Sweeney, J.